**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                        17 CR. 28 (RMB)
   -against-

                                                        **ORDER**

ALLEN MONTALVO,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Tuesday, July 21, 2020 at 10:00 AM is hereby rescheduled to Wednesday, August 5, 2020 at 11:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 1728

Dated: July 10, 2020
       New York, NY

                                                  _____
                                                    RICHARD M. BERMAN
                                                        U.S.D.J.