**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Government,

         -against-

ALLEN MONTALVO,
                         Defendant.
------------------------------------------------------------X

                17 CR. 28 (RMB)

                **<u>ORDER</u>**

The telephone status conference previously scheduled for Wednesday, August 5, 2020 at 11:30 AM is hereby rescheduled to Wednesday, August 19, 2020 at 11:30 AM.

Participants, members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 1728

Dated: July 22, 2020
       New York, NY

                              _Richard M. Berman_
                                 RICHARD M. BERMAN
                                   U.S.D.J.