**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                 Government,

                                       17 CR. 28 (RMB)

   -against-

                                      **ORDER**

ALLEN MONTALVO,
                 Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Wednesday, August 19, 2020 at 11:30 AM is hereby rescheduled to Thursday, October 20, 2020 at 11:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 1728


Dated: August 10, 2020
      New York, NY


                          *Richard M. Berman*
                   _____
                       RICHARD M. BERMAN
                         U.S.D.J.