UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                              **ORDER**

       -against-                                          17 Cr 28

ALLEN MONTALVO,

                     Defendant.
------------------------------------------------------------X

      For the reasons stated on the record of today's supervised release hearing (<u>see</u> transcript), Defendant Allen Montalvo is confined to home incarceration with electronic (GPS) monitoring, effective April 14, 2021.  Defendant shall only be permitted to leave his residence for medical appointments, court appearances, and such other activities as are preapproved by the Probation Department or this Court.

      Defendant shall report to the Probation Department, 500 Pearl Street, New York, New York 10007 at 12:00 noon on April 14, 2021 in order for the monitoring device to be installed on the Defendant.  The Court is waiving the cost associated with the electronic monitoring.

Dated: New York, New York
         April 13, 2021

                                                         _____
                                                          **RICHARD M. BERMAN, U.S.D.J.**