**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                            17 CR. 28 (RMB)
   -against-

                                                            **ORDER**

ALLEN MONTALVO,
               Defendant.
-----------------------------------------------------------X

     In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, May 17, 2022 at 12:00 PM is being held by telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 1728

Dated: May 11, 2022
       New York, NY

                                                _____
                                                   RICHARD M. BERMAN
                                                         U.S.D.J.