**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

                                                                17 CR. 28 (RMB)

        -against-

                                                                **ORDER**

ALLEN MONTALVO,
                    Defendant.
-------------------------------------------------------------X


        The conference scheduled for Tuesday, June 14, 2022 at 12:00 PM is hereby rescheduled

to Thursday, June 16, 2022 at 12:00 PM.

        In light of the continuing COVID-19 pandemic, the proceeding is being held by

telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Members of the public and the press can use the following dial-in information to access

the audio of the proceeding:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 1728


Dated: June 8, 2022
        New York, NY


                                                _____
                                                        RICHARD M. BERMAN
                                                        U.S.D.J.