**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                          17 CR. 28 (RMB)
   -against-

                                                          **ORDER**
ALLEN MONTALVO,
                Defendant.
------------------------------------------------------------X

      The conference previously scheduled for Wednesday, July 6, 2022 at 12:00 PM is hereby rescheduled to Tuesday, July 5, 2022 at 12:00 PM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 1728

Dated: June 29, 2022
       New York, NY

                                                        *Richard M. Berman*
                                        _____
                                             RICHARD M. BERMAN
                                                     U.S.D.J.