**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

                 17 CR. 28 (RMB)

 -against-

                 **ORDER**

ALLEN MONTALVO,
    Defendant.
------------------------------------------------------------X

  In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, July 26, 2022 at 10:30 AM is being held by telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 1728

Dated: July 20, 2022
   New York, NY

                 _____
                   RICHARD M. BERMAN
                      U.S.D.J.