**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                 17 CR. 28 (RMB)
  -against-

                                                               **ORDER**

ALLEN MONTALVO,
                Defendant.
-----------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, September 1, 2022 at 9:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 1728

Dated: August 24, 2022
       New York, NY

                                                      _____
                                                             RICHARD M. BERMAN
                                                                 U.S.D.J.