**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                        Government,    :     17 CR. 28 (RMB)
                                           :
        - against -                       :     **ORDER**
                                           :
ALLEN MONTALVO,                            :
                        Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, June 7, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 214 677 435#

Dated: May 31, 2023
       New York, NY

                                                    *Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                    **U.S.D.J.**