**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                                              :
                            Government,          :          17 CR. 28 (RMB)
                                                              :
         - against -                        :          **ORDER**
                                                              :
ALLEN MONTALVO,                                 :
                            Defendant.            :
----------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, July 20, 2023 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 733 293 994#

Dated: July 12, 2023
      New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**