```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                       Government,         :    17 CR. 28 (RMB)
                                           :
            - against -                    :        ORDER
                                           :
ALLEN MONTALVO,                            :
                       Defendant.          :
---------------------------------------------------------------x
```

The supervised release hearing previously scheduled for Thursday, July 20, 2023 at 9:00 A.M. is hereby rescheduled to Wednesday, July 19, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 733 293 994#

Dated: July 13, 2023
      New York, NY

                                              **RICHARD M. BERMAN**
                                                       **U.S.D.J.**