UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Government,　　　　　　:　　17 CR. 28 (RMB)
　　　　　　　　　　　　　　　　　　　　　　　:
　　- against -　　　　　　　　　　　　　　　:　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　:
ALLEN MONTALVO,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　　　　:
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 19, 2023 at 9:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

　　Dial-in Number: (646) 453-4442
　　Conference ID: 871 484 838#

Dated: October 11, 2023
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Richard M. Berman_
　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD M. BERMAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S.D.J.**