**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                    Government,      :     17 CR. 28 (RMB)
                                             :
      - against -                           :     **ORDER**
                                             :
ALLEN MONTALVO,                              :
                    Defendant.       :
---------------------------------------------------------------x


The supervised release hearing is scheduled for Monday, November 27, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 139 383 880#


Dated: November 22, 2023
       New York, NY

                                                        _____
                                                        **RICHARD M. BERMAN**
                                                                **U.S.D.J.**