UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,    :    17 CR. 28 (RMB)
                                           :
     - against -                          :    **ORDER**
                                           :
ALLEN MONTALVO,                            :
                    Defendant.     :
-------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, January 18, 2024 at 11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 602 456 928#

Dated: January 10, 2024
      New York, NY

                                                 _____
                                                 **RICHARD M. BERMAN**
                                                         **U.S.D.J.**