**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                                      :

                  Government,        :          17 CR. 28 (RMB)

                                      :

        - against -              :          **ORDER**

                                      :

ALLEN MONTALVO,               :

                  Defendant.     :

------------------------------------------------------------------x


       The supervised release hearing is scheduled for Wednesday, March 20, 2024 at

9:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


       Dial-in Number: (646) 453-4442
       Conference ID: 389 319 355#


Dated: March 13, 2024
       New York, NY

                                        _Richard M. Berman_

                                  **RICHARD M. BERMAN**
                                      **U.S.D.J.**