**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                     Government,   :    17 CR. 28 (RMB)

     - against -           :    **ORDER**

ALLEN MONTALVO,           :

                  Defendant.   :
-----------------------------------------------------------------x

The supervised release hearing previously scheduled for Wednesday, March 20, 2024 at 9:00 A.M. is hereby rescheduled to Wednesday, April 10, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 389 319 355#

Dated: March 18, 2024
       New York, NY

                                                _/s/ Richard M. Berman_
                                                **RICHARD M. BERMAN**
                                                        U.S.D.J.