**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,      :

         :

         Government,      :    17 CR. 28 (RMB)

         :

    - against -      :    **ORDER**

         :

ALLEN MONTALVO,      :

         Defendant.      :

---------------------------------------------------------------x


      The supervised release hearing is scheduled for Monday, April 8, 2024 at

11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 389 319 355#


Dated: April 3, 2024
     New York, NY


                     *Richard M. Berman*

                  **RICHARD M. BERMAN**
                      **U.S.D.J.**