UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                      Government,       :       17 CR. 28 (RMB)
                                         :
      - against -                       :       **<u>ORDER</u>**
                                         :
ALLEN MONTALVO,                          :
                      Defendant.        :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, June 10, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 621 508 652#

Dated: June 5, 2024
       New York, NY

                                                          **RICHARD M. BERMAN**
                                                                 **U.S.D.J.**