UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                Government,         :    17 CR. 28 (RMB)
                                                   :
    - against -                                 :    **ORDER**
                                                   :
ALLEN MONTALVO,                                    :
                                                   :
                Defendant.          :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 7, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 730 914 328#

Dated: October 30, 2024
      New York, NY

                                                 _Richard M. Berman_
                                            **RICHARD M. BERMAN**
                                                   **U.S.D.J.**