UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :    17 CR. 28 (RMB)
                                         :
         - against -                     :    **ORDER**
                                         :
ALLEN MONTALVO,                          :
                                         :
                    Defendant.           :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, January 9, 2025 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 177 639 455#

Dated: December 18, 2024
       New York, NY

                                              _____
                                              **RICHARD M. BERMAN**
                                              **U.S.D.J.**