**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                Government,       :     17 CR. 28 (RMB)
                                                  :
      - against -                              :     **ORDER**
                                                  :
ALLEN MONTALVO,                                   :
                                                  :
                Defendant.        :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Thursday, January 9, 2025 at 10:00 A.M. is hereby rescheduled to Wednesday, February 5, 2025 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
**[Join the meeting now](#)**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 177 639 455#

Dated: January 6, 2025
       New York, NY

                                            **RICHARD M. BERMAN**
                                                  **U.S.D.J.**