UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                    Government,     :     17 CR. 28 (RMB)
                                    :
         - against -                :     **ORDER**
                                    :
ALLEN MONTALVO,                     :
                                    :
                    Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, April 8, 2025 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 866 368 148#

Dated: April 2, 2025
       New York, NY

*Richard M. Berman*
_____
     **RICHARD M. BERMAN**
           **U.S.D.J.**