UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,       :      17 CR. 28 (RMB)
                                           :
       - against -                       :      **ORDER**
                                           :
ALLEN MONTALVO,                            :
                                           :
                Defendant.        :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 15, 2025 at 10:00 A.M.

On all the parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 943 354 635#

Dated: May 7, 2025
      New York, NY

                                                  RICHARD M. BERMAN
                                                          U.S.D.J.