**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                             Government,    :       17 CR. 28 (RMB)
                                           :
       - against -                       :       **ORDER**
                                           :
ALLEN MONTALVO,                            :
                                           :
                             Defendant.     :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 10, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 560 647 681#

Dated: July 1, 2025
       New York, NY

                                                  **RICHARD M. BERMAN**
                                                          U.S.D.J.