**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :    17 CR. 28 (RMB)
                                         :
      - against -                 :    **ORDER**
                                         :
ALLEN MONTALVO,                          :
                                         :
                Defendant.     :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 9, 2025 at 12:00 P.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 625 931 408#

Dated: October 1, 2025
       New York, NY

                                              **RICHARD M. BERMAN**
                                                   **U.S.D.J.**