**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,           :

                                          :

                    Government,      :        17 CR. 28 (RMB)

                                            :

         - against -             :        **ORDER**

                                          :

ALLEN MONTALVO,               :

                                          :

                    Defendant.      :
----------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, November 5, 2025 at

9:00 A.M.

       On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

       Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 926 022 396#

Dated: October 29, 2025
       New York, NY

                                  *Richard M. Berman*
                               **RICHARD M. BERMAN**
                                   **U.S.D.J.**