**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

UNITED STATES OF AMERICA,    :

             :

       Government,  :   17 CR 28 (RMB)

             :

    - against -     :   **ORDER**

             :

ALLEN MONTALVO,     :

             :

      Defendant.   :

---------------------------------------------------------------x


   The supervised release hearing is scheduled for Thursday, January 8, 2026 at

10:30 A.M.

   On all parties' consent, the proceeding will be held by video.

# Microsoft Teams

## Join the meeting now

   Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 138 289 362#


Dated: December 29, 2025
   New York, NY

                _Richard M. Berman_
                **RICHARD M. BERMAN**
                   **U.S.D.J.**