**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                  :

                         Government,    :          17 Cr. 28 (RMB)

         - against -                          :          **ORDER**

ALLEN MONTALVO,                             :

                   Defendant.    :

-------------------------------------------------------------x

      The supervised release hearing is scheduled for February 26, 2026 at 11:00 A.M.

on Microsoft Teams. The Court will send the link by email.

Dated: February 18, 2026
      New York, NY

                                         *RMB*

                            **RICHARD M. BERMAN**
                                 **U.S.D.J.**