**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :

                      Government,              :          17 Cr. 28 (RMB)

        - against -                             :          **ORDER**

ALLEN MONTALVO,                                    :

                   Defendant.              :
---------------------------------------------------------------x


      The supervised release hearing is scheduled for April 2, 2026 at 11:00 A.M. on Microsoft

Teams. The Court will send the link by email.


Dated: March 25, 2026
      New York, NY


                                     _____
                                     **RICHARD M. BERMAN**
                                          **U.S.D.J.**